

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 29, 1972

Honorable Robert S. Calvert
Comptroller of Public Accounts
State of Texas
Austin, Texas 78701

Opinion No. M-1110

Re: Exemption of Arlington
Park Corporation from
franchise tax under
Art. 12.03, Title 122A,
Taxation-General,V.C.S.

Dear Sir:

You have requested an official opinion on the following quoted matter:

"The Arlington Park Corporation was issued a
Certificate of Incorporation on April 7, 1971
under the Texas Non-Profit Corporation Act
(Article 1396, Revised Civil Statutes of Texas,
as amended). The corporation was organized
at the instance of the City of Arlington for
the purpose of providing sports events, other
entertainment and recreation for the citizens
of Arlington and others. Its primary activities
include the operation and management of Arling-
ton Stadium, the home of the Texas Rangers
major league baseball team, and Seven Seas, a
recreational sea-life park. The stadium and
park belong to the City of Arlington. It
apparently is anticipated that significant
profits will be generated by the business acti-
vities of this corporation, which profits will
be transferred to the City of Arlington for
its exclusive use.

"The Corporation has requested exemption from
payment of the franchise tax under Article 12.03
of the Franchise Tax Act on the basis that it
is a 'corporation having no capital stock and
organized for the exclusive purpose of promoting
the public interest of any county, city, or
town, or other area within the state'. Copies

-5413-

of the Articles of Incorporation, the by-laws
and the Lease-Operating agreement between the
corporation and the City of Arlington are en-
closed.

"Your opinion is respectfully requested whether
the Arlington Park Corporation qualifies for
exemption under Article 12.03 of the Franchise
Tax Act."

From a study of the material accompanying your request, and
in particular, Article eight of the Articles of Incorporation,
we have concluded that the corporation is organized without mem-
bership or capital stock, is non profit sharing, and that the
exclusive purposes and proposed operations of the corporation,
as expressed in its franchise and agreement with the city, are
substantially in accord with the purposes and proposed activi-
ties summarized in your request.

Article 12.03, Title 122A, Taxation-General, Vernon's Civil
Statutes, exempts from the imposition of the franchise tax "any
corporation having no capital stock and organized for the exclu-
sive purpose of promoting the public interest of any county, city,
or town, or other area within the state." This exemption is ap-
plicable to any corporation organized and operating within its
terms, regardless of the engendering of profits by such opera-
tions.

Consequently, it is the opinion of this office, from the
facts presented, that the Arlington Park Corporation as orga-
nized, qualifies under the terms of Article 12.03 for exemption
from the imposition of the franchise tax if it is operated solely
"for the exclusive purpose of promoting the public interest."
We furnish herewith a copy of Attorney General's Opinion No. C-76
(1963) which delineates the elements necessary to justify exemp-
tion under this Article.

## SUMMARY

The Arlington Park Corporation, having no
capital stock and organized for the exclusive pur-
pose of promoting the public interest of the City

of Arlington, Texas, is entitled to exemption under Art. 12.03, Title 122A, Taxation-General, V.C.S. from imposition of the franchise tax if it is operated solely for the exclusive purpose of promoting the public interest.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Bob Lattimore
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

James Quick
Bill Campbell
Kenneth Nordquist
Joseph Sharpley

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant